

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 0 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR41-RGK |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | 18 U.S.C. § 3143(a) |
| Andrew Ryan Torres, | · Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | |

On arrest warrant issued by the United States District Court for the Central District of Cal. involving alleged violations of conditions of ~~probation~~/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. ( X ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

See PSA report

B. ( X ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

See PSA report

IT IS ORDERED that defendant be detained.

DATED: 6-20-18

Frederick F. Mumm
United States Magistrate Judge