FILED
CLERK, U.S. DISTRICT COURT

JUL 1 0 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. CR-18-00041-RGK-1 |
| ) | |
| v. ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Cim.P. 32.1(a)(6) |
| ANDREW RYAN TORRES, ) | 18 U.S.C. § 3143(a) Allegations of |
| ) | Violations of Probation/Supervised |
| Defendant. ) | Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. ( ) the safety of any person or the community.

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. (✓)   Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: history of supervised release violations; substance abuse issues; alleged failure to report to residential drug treatment; no bail resources

_____

_____

IT IS ORDERED that defendant be detained.

DATED: <u>JULY 10, 2019</u>

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))